J S - 6

1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         CENTRAL DISTRICT OF CALIFORNIA

10

11    KAREN I. CASTANEDA and                 CASE NO. 2:22-cv-08150-JLS-JC
      ROGELIO CASTANEDA JR.

12           Plaintiffs,                      **JUDGMENT**

13        v.

14    FCA US, LLC, and DOES 1 through 10,
      inclusive

15

16           Defendant.

17

18

19

20

21

22

23

24

25

26

27

28

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

2      Plaintiffs KAREN I. CASTANEDA and ROGELIO CASTANEDA JR.

3  ("Plaintiffs") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to

4  Fed. R. Civ. P. 68 on June 22, 2023.  (See Doc. 29.)

5      Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount

6  of $135,750.00 pursuant to the terms of the Rule 68 Offer.

7

8  DATED:  July 05, 2023

9  _____

10 HON. JOSEPHINE L. STATON
   UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2